UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SCOFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>EVERUS CONSTRUCTION GROUP, INC., JEFFREY S. THIEDEAND, and MAXIMILLIAN J MARCY,<br><br>    Defendants. | Case No. 1:25-cv-02835<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Scofield ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: May 28, 2025

*/s/ Rebecca Dawson*
**GLANCY PRONGAY & MURRAY LLP**
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (213) 521-8007
Facsimile: (212) 884-0988
Email: RDawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff John Scofield*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 28, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2025, at New York, New York.

                                      */s Rebecca Dawson*
                                      Rebecca Dawson